Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

'07 MAR -9 P3:15

**U.S.A. vs. Jauzne Julius Wayne**　　　　　　　　　　　　　　　**Docket No. 02-00028-001 Erie**

### Petition on Supervised Release

　　　　COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jauzne Julius Wayne, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 28th day of January 2004, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost.
- The defendant shall pay a special assessment of $100.

<u>01-28-04</u>:　　Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine Base; 36 months' incarceration, 4 years' supervised release.
<u>02-17-06</u>:　　Released to supervision; Currently supervised by U. S. Probation Officer Matthew L. Rea.

　　**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

　　Your Petitioner reports that the supervised releasee has violated the following condition of his supervision:

　　**The defendant shall not commit another federal, state, or local crime.**

　　The defendant was arrested and charged by the Erie Police Department on April 12, 2006, in Erie, Pennsylvania, for Possession With Intent to Deliver Cocaine. The defendant was found guilty in the Erie County Court of Common Pleas, Docket No. 1838 of 2006, on January 19, 2007. He was sentenced on February 28, 2007, and received 36 to 96 months' incarceration to be served with the Pennsylvania Department of Corrections.

U.S.A. vs. Jauzne Julius Wayne
Docket No. 02-00028-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom D, 2nd Floor, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered _____ day of _____ , ____ and ordered filed and a part of the records in the above case. | Executed on ___03-08-07___ |
| _____ Senior U.S. District Judge | _(signed)_ Matthew L. Rea U.S. Probation Officer |
|  | _(signed)_ Gerald R. Buban Supervising U.S. Probation Officer |
|  | Place:   Erie, PA |