# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.

vs.                                    CR 02-28E

Jhuzon Wayne

Defendants

HEARING ON _Supervised release Violation_

Before _Judge Cohill_

Chris Trabold AUSA                    Davis Ridge, Esq.

Appear for Plaintiff                   Appear for Defendant

Hearing Begun 3:27 5/14/07             Hrg Adjourned to ——
Hrg concluded C.A.V. 3:40 5/14/07      Stenographer S. Wenger

WITNESSES

For Plaintiff                          For Defendant

Δ Admits to Violation
Advisory USSG: Cat. III; grade A Violation
Range is 18-24 mo.
Sentence Imposed: 24 mo. Imprisonment to be served
consecutive to the State Sentence he is currently
serving.
24 mo. S.R. All former conditions of SR Shall
remain in full force + effect.