IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 02-28 Erie |
| ) | |
| JAUZNE JULIUS WAYNE ) | |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Jauzne Julius Wayne, GZ1608, Year of Birth: 1977, African American, Male.

2. Detained by: SCI Camp Hill, P.O. Box 8837, Camp Hill, Pennsylvania 17001-8837.

3. Detainee was sentenced in this district for a violation of Title 21, United States Code, Section 846.

4. Detainee is presently confined in SCI Camp Hill, Camp Hill, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for a supervised release revocation hearing at Erie, Pennsylvania on May 14, 2007, at 3:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Superintendent of SCI Camp Hill, Camp Hill, Pennsylvania has no objection to the granting of this petition.

s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

March 22, 2007                                       s/Maurice B. Cohill, Jr.
DATE                                                 SENIOR UNITED STATES DISTRICT JUDGE

cc:  United States Attorney

CERTIFIED FROM THE RECORD
Date 3-23-07
ROBERT V. BARTH, JR., CLERK
By _____ Deputy Clerk

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE) ON THE ..11.. DAY OF May..., 20.07.. BY TAKING CUSTODY OF ...Tamzen W Ayre... SCI Albion... ......... TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ...ECP........ ............... ON THE ..11th.. DAY OF ..May...... 20 ..07....

.....T.M. Fitzgerald.....
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

..................................
DEPUTY U.S. MARSHAL

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE) ON THE ..24.. DAY OF May..., 20.07.. BY TAKING CUSTODY OF ...Tamzen Wayne AT ...ECP......... ......... TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ...SCI Albion......... ............... ON THE ..24th.. DAY OF ..May...... 20 ..07....

.....Thomas M. Fitzgerald.....
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

..................................
DEPUTY U.S. MARSHAL